*86 N. J. Eq.* Harrison Land Co. *v.* Crucible Steel Co.

HARRISON LAND COMPANY, appellant,

*v.*

CRUCIBLE STEEL COMPANY OF AMERICA et al., respondents.

[Submitted March 27th, 1916. Decided June 19th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *82 N. J. Eq. 414.*

*Messrs. Edward A. & William T. Day,* for the appellant.

*Messrs. Peirce & Hoover* and *Messrs. Michael T. & Hugh C. Barrett,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—15.

*For reversal*—None.